UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KEVIN DUANE HEADLA,

        Plaintiff,

                                Case No. 11-CV-10632
vs.                                HON. GEORGE CARAM STEEH

MICHAEL J. ASTRUE,
COMMISSIONER OF SOCIAL
SECURITY,

        Defendant.
_____/

ORDER ACCEPTING MAGISTRATE
JUDGE'S REPORT AND RECOMMENDATION [DOC. 12]

      This matter is before the court on the parties' cross-motions for summary judgment as to plaintiff Kevin Headla's claim for judicial review of defendant Commissioner of Social Security's finding that he was not entitled to a period of disability from September 1, 2002 (his alleged onset date) and December 31, 2002 (the date he was last insured for benefits), and denial of his application for disability insurance benefits. The matter was referred to Magistrate Judge David Grand. On April 4, 201, Magistrate Judge Grand issued a report and recommendation recommending that plaintiff's motion for summary judgment be denied, that defendant's motion for summary judgment be granted, and that, pursuant to sentence four of 42 U.S.C. § 405(g), the Commissioner's decision be affirmed.

      The court has reviewed the file, record, and magistrate judge's report and recommendation. Objections to that report have not been filed by plaintiff within the established time period. The court accepts the report and recommendation.

Accordingly,

IT IS HEREBY ORDERED that the magistrate's report and recommendation is accepted.

IT IS FURTHER ORDERED that the Commissioner's motion for summary judgment is GRANTED.

IT IS FURTHER ORDERED that plaintiff's motion for summary judgment is DENIED.

Dated: April 26, 2012

S/George Caram Steeh
GEORGE CARAM STEEH
UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on April 26, 2012, by electronic and/or ordinary mail.

S/Josephine Chaffee
Deputy Clerk