UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KEVIN DUANE HEADLA,

    Plaintiff,

vs.

Case No. 11-CV-10632
HON. GEORGE CARAM STEEH

MICHAEL J. ASTRUE,
COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____/

## J U D G M E N T

The above entitled matter has come before the court on cross-motions for summary judgment. In accordance with the court's order granting defendant's motion and denying plaintiff's motion, entered this date,

IT IS ORDERED AND ADJUDGED that judgment hereby is GRANTED in favor of defendant.

Dated: April 26, 2012

                                      S/George Caram Steeh
                                      GEORGE CARAM STEEH
                                      UNITED STATES DISTRICT JUDGE